# United States District Court
# For The Western District of North Carolina
# Asheville Division

IN RE:

IDA HAYS MCCORMICK CLARK,

        Debtor.
-------------------------------------------------
WAYNE SIGMON, TRUSTEE IN
BANKRUPTCY FOR
IDA HAYS McCORMICK CLARK,

        Plaintiff,

vs.

KATE A. KUEBLER and
PURE COUNTRY, INC.,

        Defendants.
-------------------------------------------------
JOHN F. SHAFROTH,

        Appellant,

vs.

WAYNE SIGMON,

        Appellee.

JUDGMENT IN A CIVIL CASE
1:10cv268

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/6/2010 Order of Dismissal..

Signed: December 6, 2010

Frank G. Johns, Clerk
United States District Court